# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 25, 2025

Lyle W. Cayce
Clerk

No. 23-50866

United States of America,

*Plaintiff—Appellee*,

*versus*

Elauterio Aguilar-Torres,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:23-CR-272-1

Before Elrod, *Chief Judge*, Jones, Smith, Stewart, Richman, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, Douglas and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The en banc court has considered all briefs filed, the oral arguments of counsel, and the record. Pretermitting consideration of the jurisdictional issues presented by amicus, the court GRANTS defendant-appellant's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50866

alternative request to withdraw his Motion for Summary Affirmance. This case is returned to the panel for further proceedings.